| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 3/18/19 |

ZYPPAH, INC.,

                                  **Plaintiff,**

   -against-

UNITED SECURED CAPITAL, LLC ET AL.,

                                **Defendants.**

1:19-cv-01158 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of parties' pre-motion conference letters. ECF Nos. 14, 16.

Defendants' request for leave to file a motion to dismiss is **GRANTED**. ECF No. 14.

Defendants' motion must be filed by April 15, 2019; Plaintiff's opposition by May 6, 2019; and

Defendants' reply, if any, by May 13, 2019.

**SO ORDERED.**

**Dated: March 18, 2019**
          **New York, New York**

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**