| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4/4/19 |

ZYPPAH, INC.,

                         **Plaintiff,**

-against-

UNITED SECURED CAPITAL, LLC, ET AL.,

                         **Defendants.**

1:19-cv-01158 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Plaintiff's Amended Complaint, ECF No. 22, Defendants United Secured Capital LLC and Green Note Capital Partners, Inc's request for leave to file a motion to dismiss, ECF No. 20, is denied without prejudice as moot. The Court's previous briefing schedule set for Defendant Ace Funding Source's motion to dismiss is also terminated as moot. Defendants United Secured, Green note, and Ace Funding Source may renew their requests for leave to file a motion to dismiss should they deem it necessary after review of the Amended Complaint.

**SO ORDERED.**

Dated: April 4, 2019
       New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**