UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZYPPAH, INC. d/b/a ZYPPAH; SLEEP CERTIFIED INC.; GREENBURG D.D.S. P.C.; and JONATHAN GREENBURG,

                Plaintiffs,

v.

ACE FUNDING SOURCE, LLC a/k/a ACE FUNDING SOURCE; HANOCH GUTTMAN a/k/a HENRY GUTTMAN; UNITED SECURED CAPITAL, LLC; GREEN NOTE CAPITAL PARTNERS, INC. a/k/a GREEN NOTE CAPITAL PARTNERS, LLC, GREEN NOTE CAPITAL PARTNERS, and GREEN NOTE CAPITAL; MERCHANT ADVANCE; GABRIEL MANN; ISAAC KASSAB; ALBERT GINDI; JORDAN CAMPBELL; JOHN AND JANE DOES 1 THROUGH 100; and JOHN DOE COMPANIES 1 THROUGH 100,

                Defendants.

Civil Action No. 1:19-cv-1158 (ALC)

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _4-17-19_

## **ORDER TO SHOW CAUSE FOR APPOINTMENT OF RECEIVER**

Upon Plaintiffs' Application for Order to Show Cause for the Appointment of Receiver filed with this Court on April 15, 2019, the Verified Amended Complaint filed with this Court on April 4, 2019, and all other pleadings relevant to this action, and for good cause appearing, the above-named Defendants are hereby **ORDERED** to appear and show cause on the _6_ day of _May_, 2019 at _10_ a.m./p.m. in Courtroom _1306_ at the Thurgood Marshall United States District Court, 40 Foley Square, New York, NY 10007 as to why a receiver should not be appointed over the assets of Defendants Ace Funding Source, LLC a/k/a Ace Funding Source; United Secured Capital, LLC; Green Note Capital Partners, Inc. a/k/a

CO\6112606.4

Green Note Capital Partners, LLC, Green Note Capital Partners, and Green Note Capital; and Merchant Advance; and

**IT IS FURTHER ORDERED** that Plaintiffs shall serve a copy of this order to show cause, together with the accompanying Declaration of Jerry Washburn, Memorandum of Law, and all papers on which they rely, upon Defendants at the addresses listed in the Verified Amended Complaint, and upon all counsel that have appeared in this case by email, no later than the **19** day of **April**, 2019, and that such service shall be deemed and does hereby constitute good and sufficient; and

**IT IS FURTHER ORDERED** that all opposition, if any, shall be filed and served upon counsel for Plaintiffs, so as to be received by **5** a.m./p.m. on the **29** day of **April**, 2019; and

**IT IS FURTHER ORDERED THAT** all replies, if any, shall be filed and served upon Defendants or Defendants' counsel so as to be received by **5** a.m./p.m. on the **2** day of **May**, 2019.

**SO ORDERED.**

Dated: **April 17**, 2019
New York, New York

_/s/ Andrew L. Carter, Jr._
**ANDREW L. CARTER, JR.**
**United States District Judge**