UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ZYPPAH, INC., et al,

                                      Plaintiffs,

                -against-

ACE FUNDING SOURCE, LLC, et al.,

                                      Defendants.

-------------------------------------------------------------------X

**19-CV-1158 (ALC) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' letters concerning discovery and the January 7, 2020 settlement conference. *See* Doc. Nos. 83-84. The following order is entered:

**Settlement Conference.** The settlement conference is hereby converted to a telephone conference on **January 7, 2020 at 2:00 p.m.** to determine a date when all parties can appear at a settlement conference in person. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

**Discovery.** The parties are directed to proceed with discovery. Interim deadlines may be changed by agreement of the parties without application to the Court.

      **SO ORDERED.**

DATED:     New York, New York
                January 2, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge