

LAW OFFICE OF
ALAN J. SASSON

Alan J. Sasson
5300 Kings Highway
Brooklyn, NY 11234
(718) 339-0856

January 07, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___1/8/20___
```

**VIA ECF**
The Honorable Magistrate Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re:    *Zyppah, Inc. d/b/a Zyppah v. United Secured Capital, LLC, et al.*, 1:19-cv-01158

Dear Hon. Judge Parker,

This office represents Green Note Capital Partners, Inc., United Secured Capital, LLC, Isaac Kassab and Gabriel Mann (collectively, the Green Note Defendants"), each named as a defendant in this action.

Due to a calendaring error, the undersigned inadvertently missed the Court's deadline of January 6, 2020 to file the Green Note Defendants' moving brief.

The Green Note Defendants, through its undersigned counsel, respectfully request a two (2) day extension to file its moving brief, which is the Green Note Defendants first request for an extension.  Prior to filing this letter motion, the undersigned emailed Plaintiff's counsel seeking their consent, but no response has been received.

Respectfully Submitted,

/s/ *Alan J. Sasson*
Alan J. Sasson

The Court reluctantly grants the Green Note Defendants' request for an extension to file the moving brief for their motion to quash.  The deadline is extended to **January 9, 2020**.  No further extensions will be granted.

Defendants are reminded that it is their responsibility to review the docket in advance of any conference with the Court and to comply with all Court deadlines.

APPLICATION GRANTED

1/8/20      *Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.