USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZYPPAH, INC. d/b/a ZYPPAH; SLEEP CERTIFIED INC.; GREENBURG D.D.S. P.C. and JONATHAN GREENBURG,

                Plaintiffs,

-against-

ACE FUNDING SOURCE, LLC a/k/a ACE FUNDING SOURCE; HANOCH GUTTMAN a/k/a HENRY GUTTMAN; UNITED SECURED CAPTIAL, LLC; GREEN NOTE CAPITIAL PARTNERS, INC. a/k/a, GREEN NOTE CAPITAL PARTNERS LLC, GREEN NOTE CAPITAL PARTNERS and GREEN NOTE CAPTIAL; MERCHANT ADVANCE; GABRIEL MANN; ISAAC KASSAB; ALBERT GINDI; JORDAN CAMPBELL; JOHN and JANE DOES 1 THROUGH 100; and JOHN DOE COMPANIES 1 THROUGH 100,

                Defendants.

1:19-cv-01158 (ALC)

ORDER

---

ANDREW L. CARTER, JR., United States District Judge:

The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before Thursday, March 12, 2020.

**SO ORDERED.**

Dated:   March 6, 2020
           New York, New York

                                            ANDREW L. CARTER, JR.
                                            United States District Judge