USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/2/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ZYPPAH, INC.** d/b/a **ZYPPAH; SLEEP CERTIFIED INC.; GREENBURG D.D.S. P.C.** and **JONATHAN GREENBURG,**

                 **Plaintiffs,**

-against-

**ACE FUNDING SOURCE, LLC** a/k/a **ACE FUNDING SOURCE; HANOCH GUTTMAN** a/k/a **HENRY GUTTMAN; UNITED SECURED CAPTIAL, LLC; GREEN NOTE CAPITIAL PARTNERS, INC.** a/k/a, **GREEN NOTE CAPITAL PARTNERS LLC, GREEN NOTE CAPITAL PARTNERS** and **GREEN NOTE CAPTIAL; MERCHANT ADVANCE; GABRIEL MANN; ISAAC KASSAB; ALBERT GINDI; JORDAN CAMPBELL; JOHN** and **JANE DOES 1 THROUGH 100;** and **JOHN DOE COMPANIES 1 THROUGH 100,**

                 **Defendants.**

**1:19-cv-01158 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    April 2, 2020
             New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**